IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01469-MSK-KMT

MSD ENERGY, INC. and
STEPHEN SMITH, INC.,

    Plaintiffs,

v.

RICHARD J. GOGNAT
TIMOTHY A GOGNAT
ROY KNAPPE, JR. and
GEODATA, LLC,

    Defendants.

# ORDER

This matter is before the court on Defendants' "Motion for Order Quashing Subpoenas Issued by the Plaintiffs" (Doc. No. 1, filed July 11, 2008).

This litigation involves oil and gas leasing activities in Western Kentucky. The parties in this case are also involved in litigation in the Federal District Court for the Western District of Kentucky. The defendants seek an order from this court quashing subpoenas issued by Plaintiffs to J. Bruce Branson and B-Line Exploration, LLC, nonparties to the federal action pending in the Western District of Kentucky. The defendants contend that the subpoenas seek Defendants' trade secrets, financial information, and other commercially valuable information that is in the

possession of the nonparties by virtue of the nonparties' confidential and private business dealings with the defendants.

Plaintiffs object to the motion to quash the subpoenas. However, the court notes that in case number 08-cv-01288-RPM-KLM, another case in the United States District Court for the District of Colorado involving the same parties on connection with different non-party subpoenas, the <u>plaintiffs</u> voluntarily entered into a Protective Order with subpoenaed non-parties from whom they were seeking information. (See Exhibit 6 attached to Doc. No. 4, Reply in Support of the Motion for Order Quashing Subpoenas Issued by the Plaintiffs.) The voluntary entry of a Protective Order resolved the issues in that case. Further, the plaintiffs have informed this court they do not object to the entry of Protective Orders between themselves and the defendants, but merely had difficulty working out specific acceptable language for a stipulation. (Resp., Doc. No. 3 at 4). This court finds that entry of a Protective Order in this case would serve the same purposes of protecting information sought from the subpoenaed non-parties as it does in case number 08-cv-01288-RPM-KLM. In this case, however, since the non-parties are not before the court, the Protective Order will issue between the plaintiffs and the defendants.

Therefore, Defendants' "Motion for Order Quashing Subpoenas Issued by the Plaintiffs" (Doc. No. 1) is GRANTED in part and DENIED in part. To the extent Defendants are seeking an order quashing the subpoenas issued by Plaintiffs, the motion is DENIED. However, prior to J. Bruce Branson and B-Line Exploration, LLC being required to produce documents or other information pursuant to the subpoenas, the court will issue a Protective Order. The parties shall

comply with the following procedures in regard to the preparation of a proposed Protective Order:

Defendants Richard J. Gognat, Timothy A. Gognat and Global Geodata, LLC will submit a proposed Protective Order to Plaintiffs MSD Energy, Inc. and Steven Smith, Inc. **on or before September 12, 2008.** **On or before September 19, 2008**, Plaintiffs will either indicate by signing the proposed Protective Order that they are in agreement with the terms as proposed, or, Plaintiffs will submit in writing to the defendants any additions, deletions or modifications requested. **On or before September 24, 2008,** the defendants will submit to Tafoya_Chambers@cod.uscourts.gov either a Stipulated Protective Order containing Plaintiffs' alterations, if any, or the following: (1) the contested Protective Order; and (2) the written request from Plaintiffs for any alterations; and (3) Defendant's written statement as to why the requested changes were unacceptable. The Stipulated or Contested Protective Order will be submitted to the court in either WordPerfect or Microsoft Word format. No further briefing will be allowed.

Upon the entry of a Protective Order by this Court, the subpoenas on J. Bruce Branson and B-Line Exploration, LLC., may be executed.

Dated this 4th day of September, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge